**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7977

HERMAN CEFUS NEWMAN,

Plaintiff - Appellant,

versus

GENE M. JOHNSON, Director; FRED SCHILLING,
Medical Director; EDDIE PEARSON, Warden;
HUNTER JOHNSON, Major; MS. MASSENGBURG,
Grievance Coordinator,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:05-cv-00566-JBF)

Submitted: May 4, 2007               Decided: May 18, 2007

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herman Cefus Newman, Appellant Pro Se. Mark Ralph Davis, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Cefus Newman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Newman v. Johnson</u>, No. 2:05-cv-00566-JBF (E.D. Va. Nov. 6, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>